1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISION**

11

12   KENNETH MOORE, JR.,                  )   No. CV 08-2752-CJC (PLA)
                                          )
13              Petitioner,               )   **ORDER ADOPTING MAGISTRATE**
                                          )   **JUDGE'S REPORT AND**
14        v.                              )   **RECOMMENDATION**
                                          )
15   LEE ANN CHRONES,                     )
                                          )
16              Respondent.               )
     _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19   magistrate judge's report and recommendation, and petitioner's objections. The Court agrees with

20   the recommendations of the magistrate judge.

21        ACCORDINGLY, IT IS ORDERED:

22        1.    The report and recommendation is adopted.

23        2.    Judgment shall be entered consistent with this order.

24        3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

25

26   DATED: August 24, 2011
                                          _____
27                                        HONORABLE CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE
28