JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH MOORE, JR., | ) | No. CV 08-2752-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LEE ANN CHRONES, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 24, 2011

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE